SM

DEFENDANT: KENTRELL BROWN
CASE NUMBER: 1:19-CR-00900(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
30 months as to count 1.

☒ The court makes the following recommendations to the Bureau of Prisons: Incarceration in an institution close to Chicago.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at     on

  ☐ as notified by the United States Marshal.

  ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 pm on

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on **4-14-21** to **FCI GRE** at **Greenville, IL**, with a certified copy of this judgment.

FILED
JUL 06 2021 CRL
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E. Williams
UNITED STATES MARSHAL
Warden

By **S Todd** _____
DEPUTY UNITED STATES MARSHAL
CSO