ILND 245D (Rev. 03/12/2020) Judgment in a Criminal Case for Revocation
Sheet 6 – Schedule of Payments

Judgment – Page 8 of 8

DEFENDANT: KENTRELL BROWN
CASE NUMBER: 1:19-CR-00900(1)

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

v.

**KENTRELL BROWN**

Case Number: **1:19-CR-00900(1)**
USM Number: **54803-424**
**Erin Kies DeGrand**
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of condition(s) 4 of Discretionary Condition #19 of the term of supervision.

☐ was found in violation of condition(s) _____ after a denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer | 11/8/22 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

☒ Count(s) Violations Nos. 1, 2, and 3   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: **4377**

Defendant's Year of Birth: **1997**

City and State of Defendant's Residence: **Chicago, Illinois**

**December 6, 2022**
Date of Imposition of Judgment

_/s/ John J. Tharp/_
Signature of Judge

John J. Tharp, Jr., United States District Judge
Name and Title of Judge

12/6/2022
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**10 months as to count 1 (Violation No. 4) beginning 11/22/22.**

☒ The court makes the following recommendations to the Bureau of Prisons: Defendant designated to facility in Greenville, IL

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL